**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| MARIO ROBERTO GONZALEZ-GONZALEZ, | : | Case No. 1:26-cv-277 |
| | : | |
| Petitioner, | : | District Judge Matthew W. McFarland |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| ACTING DIRECTOR OF ENFORCEMENT | : | |
| AND REMOVAL OPERATIONS, | : | |
| DETROIT FIELD OFFICE, | : | |
| IMMIGRATION AND CUSTOMS | | |
| ENFORCEMENT, *et al.*, | | |
| | | |
| Respondents. | | |

---

**ORDER SETTING CASE SCHEDULE**

---

The Court previously ordered the parties to confer and propose a case schedule.  (Doc. 6).

Based on that joint proposal (Doc. 7), the Court now **SETS** the following schedule:

•Respondent's Return of Writ Due:          April 10, 2026

•Petitioner's Reply to Return Due:          April 24, 2026

**IT IS SO ORDERED.**

March 26, 2026

KAREN L. LITKOVITZ
United States Magistrate Judge